USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MTS LOGISTICS, INC.,
                      Plaintiff,

    -against-                                      19 **CIVIL** 4216 (PAE)

## JUDGMENT

INNOVATIVE COMMODITIES GROUP, LLC,
                      Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 26, 2020, Innovative's motion to dismiss is granted and MTS's Complaint is dismissed for lack of personal jurisdiction. This dismissal is without prejudice to MTS's ability to file suit in a court of competent jurisdiction; accordingly, the case is closed.

**Dated:**  New York, New York
          February 26, 2020

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                                        **BY:**    _/s/ Mango_
                                                           **Deputy Clerk**